```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-02215-JJT
Melissa Phillips                                                    Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 1             Date Rcvd: Sep 12, 2016
                              Form ID: 318             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
```
db             +Melissa Phillips,    1408 Amherst St,    Scranton, PA 18504-3007
4793831         CITI CARDS,    PROCESSING CENTER,    LOUISVILLE, KY 40290-1037
4793833        +GREAT LAKES,    PO BOX 7860,    Madison, WI 53707-7860
4793837         QUICKEN LOANS,    po BOX 6577,    Carol Stream, IL 60197-6577
4793839         UNITED CONSUMER FINANCIAL,    PO BOX 856290,    Louisville, KY 40285-6290
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: BASSASSOC.COM Sep 12 2016 19:23:00      United Consumer Financial Serv.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4793832         EDI: DISCOVER.COM Sep 12 2016 19:23:00      DISCOVER,    PO BOX 71084,    CHARLOTTE, NC 28272-1084
4793834        +E-mail/Text: bk@lendingclub.com Sep 12 2016 19:23:49      LENDING CLUB,    71 STEVENSON ST,
                 STE 300,    San Francisco, CA 94105-2985
4793835         EDI: NAVIENTFKASMSERV.COM Sep 12 2016 19:23:00      NAVIENT,    PO BOX 13611,
                 PHILADELPHIA, PA 19101-3611
4793836        +E-mail/Text: bankruptcynotices@psecu.com Sep 12 2016 19:23:55      P.S.E.C.U,    PO BOX 67010,
                 HARRISBURG, PA 17106-7010
4793838         EDI: WFNNB.COM Sep 12 2016 19:23:00      THE LIMITED,    PO BOX 659728,
                 San Antonio, TX 78265-9728
4808204        +EDI: BASSASSOC.COM Sep 12 2016 19:23:00      United Consumer Financial Serv,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
```
              Bass and Associates PC    on behalf of Creditor    United Consumer Financial Serv.
               ecf@bass-associates.com
              Carol Weiss Baltimore    on behalf of Debtor Melissa   Phillips bandicot6@aol.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | **Melissa Phillips** | Social Security number or ITIN   xxx–xx–0811 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:16–bk–02215–JJT** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa Phillips

**By the court:**   *[signature]*

September 12, 2016

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318           **Order of Discharge**           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**